UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) )  ) ) |
| MARTHA LYNN LOWERY | )   4:11 MC 346 CDP ) ) ) |

### ORDER

This Court has been advised by receipt of a certified copy of the April 20, 2011 order of the Supreme Court of Missouri, entered in In re: Martha Lynn Lowery, Cause No. 91699, indicating that Martha Lynn Lowery has been suspended from the practice of law by the Supreme Court of Missouri.

Martha Lynn Lowery has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated June 15, 2011 directing Martha Lynn Lowery to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served on Respondent by the United States Marshal on January 11, 2012. The record reflects that no response to the Order to Show Cause has been filed by Respondent within the time required by the Court. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Martha Lynn Lowery pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Martha Lynn Lowery be suspended from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this ___8th___ day of March , 2012.

BY THE COURT:

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Judge Audrey G. Fleissig

_____
Judge John A. Ross

_____
Senior Judge E. Richard Webber

_____
Senior Judge Charles A. Shaw